IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK STEPHEN NIEMIEC,

    Plaintiff,

v.                                    CASE NO. 1:25cv78-RH-MAF

DEPT OF JUSTICE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This action is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

As noted in the report and recommendation, an earlier action making the same allegations against the same parties was dismissed with prejudice because the allegations were delusional. The report and recommendation correctly concludes this new action is barred by res judicata. And the new action would be subject to dismissal anyway on the same grounds on which the prior action was dismissed.

Case No. 1:25cv78-RH-MAF

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed with prejudice." The clerk must close the file.

SO ORDERED on April 23, 2025.

s/Robert L. Hinkle<br>United States District Judge